**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 3000 E. Imperial, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-5928647 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6940 Beach Boulevard, D-501<br>Buena Park, CA 90621<br><sub>Number, Street, City, State & ZIP Code</sub> | PO Box 489<br>Buena Park, CA 90621<br><sub>P.O. Box, Number, Street, City, State & ZIP Code</sub> |
| Orange<br><sub>County</sub> | **Location of principal assets, if different from principal place of business**<br><br><sub>Number, Street, City, State & ZIP Code</sub> |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor   3000 E. Imperial, LLC _____   Case number (*if known*) _____
   Name

### 7. Describe debtor's business

**A.** *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

**B.** *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __6116__

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. Check **all** that apply:
   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  Donald Chae _____   Relationship   Member
District  Central District   When  10/3/21   Case number, if known  8:21-bk-12493-SC

| Debtor | 3000 E. Imperial, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard?  _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other  _____<br>**Where is the property?**  _____<br>                                Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency  _____<br>            Contact name  _____<br>            Phone  _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49            ☐ 1,000-5,000         ☐ 25,001-50,000<br>☐ 50-99           ☐ 5001-10,000         ☐ 50,001-100,000<br>☐ 100-199         ☐ 10,001-25,000       ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000              ☒ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000              ☒ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

Debtor  3000 E. Imperial, LLC
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 1, 2025
               MM / DD / YYYY

X /s/ Alfred Masse
Signature of authorized representative of debtor

Alfred Masse
Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

X /s/ Jeffrey I. Golden
Signature of attorney for debtor

Date  July 14, 2025
       MM / DD / YYYY

Jeffrey I. Golden
Printed name

Golden Goodrich LLP
Firm name

3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Number, Street, City, State & ZIP Code

Contact phone  (714) 966-1000        Email address  jgolden@go2.law

CA
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 3000 E. Imperial, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 1, 2025          X _____
                                    Signature of individual signing on behalf of debtor

                                    Alfred Masse
                                    Printed name

                                    Chief Restructuring Officer
                                    Position or relationship to debtor

Fill in this information to identify the case:
Debtor name: 3000 E. Imperial, LLC
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abra Lending, Inc.<br>Attn: Manager<br>10100 Culver Blvd., Suite D<br>Culver City, CA 90232 | | | | Unknown | $Unknown | $Unknown |
| Department of Toxic Substances Control<br>Attn: Manager<br>PO Box 806<br>Sacramento, CA 95812-0806 | | Vendor | | | | $12,273.80 |
| Marquee Funding Group, Inc.<br>Attn: Manager<br>24025 Park Sorrento, Suite #150<br>Calabasas, CA 91302 | | Vendor | | | | $Unknown |
| National Construction Rentals<br>Attn: Manager<br>PO Box 841461<br>Los Angeles, CA 90084-1461 | | Fencing | | | | $366.48 |
| Preferred Bank<br>Attn: Manager<br>17515 Colima Road<br>Rowland Heights, CA 91748 | | 3000 Imperial HighwayLynwood, CA 90262 | | Unknown | $4,500,000.00 | $Unknown |

```
Abra Lending, Inc.
Attn:  Manager
10100 Culver Blvd., Suite D
Culver City, CA 90232


Andres J. Christensen, Esq.
Law Offices of Andres J. Christensen, P.
3608 Grand Ave., Suite 1
Oakland, CA 94610


Andrew J. Christensen, Esq.
Law Offices of Andrew J. Christensen, P.
3608 Grand Ave., Suite 1
Oakland, CA 94610


California Dept. of Tax and Fee
Administration
Account Information Group MIC: 29
Sacramento, CA 94278-0029


Cao, Xioaping
c/o Xiuyuan Hu
HU LLP 322 N. Huntington Ave. C
Monterey Park, CA 91754


Chen, Jianchi
c/o Xiuyuan Hu
HU LLP 322 N. Huntington Ave. C
Monterey Park, CA 91754


Department of Toxic Substances Control
Attn:  Manager
PO Box 806
Sacramento, CA 95812-0806


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001
```

Greg Groeneveld, Esq.
Law Offices of Greg Groeneveld
5 Third Street, Suite 1100
San Francisco, CA 94103


Hu, Chen
Xiuyuan Hu, Esq
HU LLP 322 N. Huntington Ave. C
Monterey Park, CA 91754


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jiaqi Zou
c/o Xiuyuan Hu, Esq.
HU LLP 322 N. Huntington Ave. C
Monterey Park, CA 91754


Jing, Peng
c/o Xiuyuan Hu, Esq.
HU LLP 322 N. Huntington Ave. C
Monterey Park, CA 91754


Kun, Guo
c/o Xiuyuan Hu, Esq.
HU LLP 322 N. Huntington Ave. C
Monterey Park, CA 91754


Los Angeles County Tax Collector
225 N. Hill St., #1
Los Angeles, CA 90012


Marquee Funding Group, Inc.
Attn: Manager
24025 Park Sorrento, Suite #150
Calabasas, CA 91302

```
National Construction Rentals
Attn:  Manager
PO Box 841461
Los Angeles, CA 90084-1461


Plaza Mexico Residencies II, LLC
6940 Beach Blvd., Ste. D-501
Buena Park, CA 90621


Plaza Mexico Residencies, LLC
6940 Beach Blvd., Ste. D-501
Buena Park, CA 90621


Preferred Bank
Attn:  Manager
17515 Colima Road
Rowland Heights, CA 91748


Preferred Bank
Attn:  Manager
601 South Figueroa Street 29th Floor
Los Angeles, CA 90017


Shi, Guannan
c/o Xiuyuan Hu
HU LLP 322 N. Huntington Ave.. C
Monterey Park, CA 91754


Yuan, Yubing
c/o Xiuyuan Hu
HU LLP 322 N. Huntington Ave., C
Monterey Park, CA 91754
```