Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
**GOLDEN GOODRICH LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

General Counsel for Reorganized Debtors

**Golden Goodrich LLP**
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

In re

3000 E. IMPERIAL, LLC,

Reorganized Debtor.

In re:
PLAZA MEXICO RESIDENCES, LLC
PLAZA MEXICO RESIDENCES II, LLC

Reorganized Debtors.

Affects:

☐ 3000 E. Imperial, LLC

☐ Plaza Mexico Residences, LLC

☐ Plaza Mexico Residences II, LLC

☒ All Reorganized Debtors

Case No. 8:25-bk-11912-SC

Chapter 11

Jointly Administered with:
Case No. 8:25-bk-11913-SC
Case No. 8:25-bk-11916-SC

**DECLARATION OF ALFRED M. MASSE, FORMER CHIEF RESTRUCTURING OFFICER, IN SUPPORT OF FINAL APPLICATIONS FOR COMPENSATION**

**Hearing:**
Date: August 25, 2026
Time: 10:00 a.m.
Courtroom: 5C/Via ZoomGov
Place: 411 W. Fourth St.
Santa Ana, California 92701

I, Alfred M. Masse, declare:

1. I am the former Chief Restructuring Officer of 3000 E. Imperial, LLC ("3000 E. Imperial"), Plaza Mexico Residences, LLC and Plaza Mexico Residences II, LLC (collectively, the "Debtors"), each a debtor and debtor in possession in the above-captioned chapter 11 bankruptcy cases (the "Bankruptcy Case") and predecessors in interest to the 3000 E. Imperial, *et al.* Liquidating Trust (the "Trust") created on the

effective date of the Debtor's confirmed plan of liquidation, of which I am the Liquidating Trustee.

2. I make this declaration in my capacity as the former CRO of the Debtors in support of the final applications for award and compensation and reimbursement of expenses incurred filed by professionals (collectively, the "Professionals") employed in the Bankruptcy Case (collectively, and as defined in greater detail below, the "Applications"). I give capitalized terms not otherwise defined in this declaration the same meanings given to them in the Applications. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and, if called as a witness, I could and would competently testify with respect thereto.

3. On August 4, 2026, the Professionals filed the following Applications:

a. Allen Matkins Leck Gamble Mallory & Natsis LLP filed the *First and Final Fee Application of Real Estate Counsel Allen Matkins Leck Gamble Mallory & Natsis LLP for Allowance of Compensation* (dkt. 269) which requests allowance of $53,293.00 in final fees for the period from October 20, 2025 through July 9, 2026, and payment of the approved final fees pursuant to the *Second Amended Joint Plan of Liquidation Dated January 9, 2026* ("Plan");

b. Alexander Valuation Group filed the *Application for Payment of Final Fees and/or Expenses* (dkt. 271) which requests allowance and payment of $3,000.00 in final fees pursuant to the Plan;

c. Frey Environmental, Inc. filed the *First and Final Application for Allowance and Payment of Fees and Reimbursement of Expenses of Frey Environmental, Inc.* (dkt. 272) which requests allowance of $44,016.28 in final fees and $42,280.13 in final expenses for the period from August 13, 2026 through July 9, 2026, and payment of the approved final fees and expenses pursuant to the Plan;

d. Golden Goodrich LLP filed the *First and Final Application for Allowance and Payment of Fees and Reimbursement of Expenses of Golden*

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

*Goodrich LLP, General Counsel for Reorganized Debtors* (dkt. 273) which requests allowance of $706,535.00 in final fees and $2,424.96 in final expenses for the period from July 14, 2025 through July 9, 2026, and payment of the approved final fees and expenses pursuant to the Plan, less $663,291.96 previously paid on account of monthly fee statements; and

e. Broadway Advisors, LLC filed its *First and Final Application of Broadway Advisors, LLC for Approval of Fees and Reimbursement of Expenses* (dkt. 274) which requests allowance of $247,037.50 in final fees and payment of the approved final fees pursuant to the Plan, less $158,435.00 previously paid on account of monthly staffing reports.

3. I have reviewed the Applications, and on behalf of the Debtors, state that they have no objections to the Applications, the Professionals' respective requests for award and allowance on fees earned, and reimbursement of expenses incurred on behalf of the Debtors. I further believe the requested fees and expenses should be allowed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of August, 2026, at Newport Beach, California.

See Following Page
___________________________
Alfred M. Masse

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

*Goodrich LLP, General Counsel for Reorganized Debtors* (dkt. 273) which requests allowance of $706,535.00 in final fees and $2,424.96 in final expenses for the period from July 14, 2025 through July 9, 2026, and payment of the approved final fees and expenses pursuant to the Plan, less $663,291.96 previously paid on account of monthly fee statements; and

e. Broadway Advisors, LLC filed its *First and Final Application of Broadway Advisors, LLC for Approval of Fees and Reimbursement of Expenses* (dkt. 274) which requests allowance of $247,037.50 in final fees and payment of the approved final fees pursuant to the Plan, less $158,435.00 previously paid on account of monthly staffing reports.

3. I have reviewed the Applications, and on behalf of the Debtors, state that they have no objections to the Applications, the Professionals' respective requests for award and allowance on fees earned, and reimbursement of expenses incurred on behalf of the Debtors. I further believe the requested fees and expenses should be allowed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24TH day of August, 2026, at Newport Beach, California.

[signature]
Alfred M. Masse

Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ALFRED M. MASSE, FORMER CHIEF RESTRUCTURING OFFICER, IN SUPPORT OF FINAL APPLICATIONS FOR COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 24, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 24, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
411 W. 4th St., Ste 5130/Ctrm 5C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____________________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 24, 2026 | Leila Usmani | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Matthew Bouslog mbouslog@allenmatkins.com, ncampos@allenmatkins.com
Andrew Christensen andrew@californiahomelawyer.com
Jeffrey I Golden jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com
Jeannie Kim jkim@go2.law,
dfitzgerald@go2.law;kadele@go2.law;lusmani@go2.law;cmeeker@go2.law;cbmeeker@gmail.com;jkim@ecf.courtdrive.com
Kenneth Misken Kenneth.M.Misken@usdoj.gov
Daniel H Reiss dhr@lnbyg.com, dhr@ecf.inforuptcy.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Bennett G Young byoung@jeffer.com, jb8@jmbm.com