UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | | |
|---|---|---|
| In re: 3000 E. Imperial, LLC<br>Plaza Mexico Residence, LLC<br>Plaza Mexico Residence II, LLC<br>Debtor(s) | §<br>§<br>§<br>§ | Case No. 25-11912<br>Lead Case No. 25-11912<br>☒ Jointly Administered |

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2026

Petition Date: 07/14/2025

Plan Confirmed Date: 06/24/2026

Plan Effective Date: 07/10/2026

This Post-confirmation Report relates to: ○ Reorganized Debtor

◉ Other Authorized Party or Entity: 3000 E. Imperial, et al. Liquidating Trust
Name of Authorized Party or Entity

/s/ Alfred M. Masse
Signature of Responsible Party

Alfred M. Masse
Printed Name of Responsible Party

11/02/2026
Date

3419 Via Lido #457, Newport Beach, CA 90620
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name 3000 E. Imperial, LLC
Plaza Mexico Residence, LLC

Case No. 25-11912

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $173,607 | $116,294 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $173,607 | $116,294 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $955,997 | $955,997 | $0 | $821,727 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Golden & Goodrich | Lead Counsel | $708,960 | $708,960 | $0 | $663,292 |
| | ii | Broadway Advisors, LLC | Financial Professional | $247,038 | $247,038 | $0 | $158,435 |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name 3000 E. Imperial, LLC
Plaza Mexico Residence, LLC

Case No. 25-11912

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

Debtor's Name 3000 E. Imperial, LLC
Plaza Mexico Residence, LLC

Case No. 25-11912

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $142,589 | $142,589 | $3,000 | $3,000 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Allen Matkins Leck Gamble Ma | Special Counsel | $53,293 | $53,293 | $0 | $0 |
| | ii | Alexander Valuation Group | Other | $3,000 | $3,000 | $3,000 | $3,000 |
| | iii | Frey Environmental | Other | $86,296 | $86,296 | $0 | $0 |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

Debtor's Name 3000 E. Imperial, LLC
Plaza Mexico Residence, LLC
Case No. 25-11912

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

Debtor's Name 3000 E. Imperial, LLC
Plaza Mexico Residence, LLC

Case No. 25-11912

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name 3000 E. Imperial, LLC
Plaza Mexico Residence, LLC
Case No. 25-11912

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | $0 | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $3,000 | $824,727 | $1,098,586 | 75% |
| b. Secured claims | $6,386,417 | $150,000 | $682,500 | $6,386,417 | 11% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report? Yes ○ No ◉

If yes, give date Final Decree was entered:

If no, give date when the application for Final Decree is anticipated: 09/30/2027

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ◉ No ○

Debtor's Name 3000 E. Imperial, LLC
Plaza Mexico Residence, LLC

Case No. 25-11912

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| | |
|---|---|
| /s/ Alfred M. Masse | Alfred M. Masse |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Liquidating Trustee | 11/02/2026 |
| Title | Date |

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name 3000 E. Imperial, LLC
Plaza Mexico Residence, LLC

Case No. 25-11912

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207
Return Service Requested

Last statement: June 30, 2026
This statement: July 31, 2026
Total days in statement period: 31

Page 1
XXXXXX4476
( 0)

Direct inquiries to:
877-770-2262

Banc Of California
3 MacArthur Place
Santa Ana, CA 92707

3000 E. IMPERIAL, LLC
DEBTOR-IN-POSSESSION CH. 11
CASE 8:25-BK-11912
3419 VIA LIDO # 457
NEWPORT BEACH CA 92663

## Small Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX4476 | Beginning balance | $328,698.63 |
| Low balance | $271,300.63 | Total additions | .00 |
| Average balance | $273,187.82 | Total subtractions | 57,398.00 |
| Avg collected balance | $273,187 | Ending balance | $271,300.63 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 07-02 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0702L1LFB49C000996BNF ABRA LENDING I NC ABRA MANAGEMENT;REF | 50,000.00 |
| 07-02 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 07-02 | ' Miscellaneous Debit | 7,300.00 |
| 07-15 | ' ACH Debit<br>BOC BUS ONLINE SERV FEE 260715 | 85.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 328,698.63 | 07-02 | 271,385.63 | 07-15 | 271,300.63 |

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207



**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

***Thank you for banking with Banc Of California***

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

In Case of Errors or Questions About Your Electronic Transfers: Call us at 877-770-BANC (2262) or write to us at Banc of California, 3 MacArthur Place, Santa Ana, CA 92707 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

## IMPORTANT DISCLOSURES TO OUR BUSINESS AND NON-PERSONAL ACCOUNTS

The above provisions do not apply to business or other non-personal accounts. You must send us a written notice of the problem within a reasonable time, not to exceed 14 days from the date of discovery or your receipt of the first statement or notice reflecting the problem, whichever occurs first.

---

## CONSUMER CREDIT REPORTING

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

## DORMANT ACCOUNTS

Checking and Savings accounts that have had no activity for twenty-four (24) months, unless the depositor has been contacted, will be classified as Dormant Accounts. By law these accounts will be transferred to the appropriate state within the timeframe specified by applicable law. You may reclaim any funds we have remitted by contacting the appropriate state. Please refer to your Deposit Account Agreement for additional information.

---

For purposes of these disclosures, our business days are Monday through Friday, excluding holidays.



Member FDIC

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207
Return Service Requested

Last statement: July 31, 2026
This statement: August 31, 2026
Total days in statement period: 31

Page 1
XXXXXX4476
( 0)

Direct inquiries to:
877-770-2262

Banc Of California
3 MacArthur Place
Santa Ana, CA 92707

3000 E. IMPERIAL, LLC
DEBTOR-IN-POSSESSION CH. 11
CASE 8:25-BK-11912
3419 VIA LIDO # 457
NEWPORT BEACH CA 92663

## Small Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX4476 | Beginning balance | $271,300.63 |
| Low balance | $271,215.63 | Total additions | .00 |
| Average balance | $271,259.50 | Total subtractions | 85.00 |
| Avg collected balance | $271,259 | Ending balance | $271,215.63 |

### DEBITS

| Date | | Description | Subtractions |
|---|---|---|---|
| 08-17 | ' | ACH Debit<br>BOC BUS ONLINE SERV FEE 260817 | 85.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 271,300.63 | 08-17 | 271,215.63 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

***Thank you for banking with Banc Of California***

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

In Case of Errors or Questions About Your Electronic Transfers: Call us at 877-770-BANC (2262) or write to us at Banc of California, 3 MacArthur Place, Santa Ana, CA 92707 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

## IMPORTANT DISCLOSURES TO OUR BUSINESS AND NON-PERSONAL ACCOUNTS

The above provisions do not apply to business or other non-personal accounts. You must send us a written notice of the problem within a reasonable time, not to exceed 14 days from the date of discovery or your receipt of the first statement or notice reflecting the problem, whichever occurs first.

---

## CONSUMER CREDIT REPORTING

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

## DORMANT ACCOUNTS

Checking and Savings accounts that have had no activity for twenty-four (24) months, unless the depositor has been contacted, will be classified as Dormant Accounts. By law these accounts will be transferred to the appropriate state within the timeframe specified by applicable law. You may reclaim any funds we have remitted by contacting the appropriate state. Please refer to your Deposit Account Agreement for additional information.

---

For purposes of these disclosures, our business days are Monday through Friday, excluding holidays.



Member FDIC

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207
Return Service Requested

Last statement: August 31, 2026
This statement: September 30, 2026
Total days in statement period: 30

Page 1
XXXXXX4476
( 0)

Direct inquiries to:
877-770-2262

Banc Of California
3 MacArthur Place
Santa Ana, CA 92707

3000 E. IMPERIAL, LLC
DEBTOR-IN-POSSESSION CH. 11
CASE 8:25-BK-11912
3419 VIA LIDO # 457
NEWPORT BEACH CA 92663

## Small Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX4476 | Beginning balance | $271,215.63 |
| Low balance | $155,091.63 | Total additions | .00 |
| Average balance | $203,812.26 | Total subtractions | 116,124.00 |
| Avg collected balance | $203,812 | Ending balance | $155,091.63 |

### DEBITS

| Date | | Description | Subtractions |
|---|---|---|---|
| 09-11 | ' | Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0911L1LFB49C001858BNF ALEXANDER VALU<br>ATION GROUP;REF | 3,000.00 |
| 09-11 | ' | Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 09-11 | ' | Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0911L1LFB49C001841BNF MISHAL MONTGOM<br>ERY STRATEGIES LLC;REF | 13,000.00 |
| 09-11 | ' | Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 09-14 | ' | Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0914L1LFB49C001172BNF ABRA LENDING I<br>NC ABRA MANAGEMENT;REF | 100,000.00 |
| 09-14 | ' | Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 09-15 | ' | ACH Debit<br>BOC BUS ONLINE SERV FEE 260915 | 85.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 271,215.63 | 09-14 | 155,176.63 | | |
| 09-11 | 255,189.63 | 09-15 | 155,091.63 | | |

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207

3000 E. IMPERIAL, LLC
September 30, 2026


XXXXXX4476

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

***Thank you for banking with Banc Of California***

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

In Case of Errors or Questions About Your Electronic Transfers: Call us at 877-770-BANC (2262) or write to us at Banc of California, 3 MacArthur Place, Santa Ana, CA 92707 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

## IMPORTANT DISCLOSURES TO OUR BUSINESS AND NON-PERSONAL ACCOUNTS

The above provisions do not apply to business or other non-personal accounts. You must send us a written notice of the problem within a reasonable time, not to exceed 14 days from the date of discovery or your receipt of the first statement or notice reflecting the problem, whichever occurs first.

---

## CONSUMER CREDIT REPORTING

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

## DORMANT ACCOUNTS

Checking and Savings accounts that have had no activity for twenty-four (24) months, unless the depositor has been contacted, will be classified as Dormant Accounts. By law these accounts will be transferred to the appropriate state within the timeframe specified by applicable law. You may reclaim any funds we have remitted by contacting the appropriate state. Please refer to your Deposit Account Agreement for additional information.

---

For purposes of these disclosures, our business days are Monday through Friday, excluding holidays.



Member FDIC