**GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@go2.law
Jeannie Kim, State Bar No. 270713
jkim@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Attorneys for Liquidating Trustee, Alfred M. Masse
3000 E. Imperial, *et al.* Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>3000 E. IMPERIAL, LLC,<br><br>Debtor<br>.<br><br>Affects:<br><br>☐ 3000 E. Imperial, LLC<br><br>☐ Plaza Mexico Residences, LLC<br><br>☐ Plaza Mexico Residences II, LLC<br><br>☒ All Debtors. | Case No. 8:25-bk-11912-SC<br><br>Chapter 11<br><br>Jointly Administered with:<br>Case No. 8:25-bk-11913-SC<br>Case No. 8:25-bk-11916-SC<br><br>**LIQUIDATING TRUSTEE'S FIRST POST-CONFIRMATION STATUS REPORT**<br><br>DATE: November 4, 2026<br>TIME: 11 a.m.<br>CTRM: 5C<br>411 W Fourth St.<br>Santa Ana, CA 92701<br><br>Judge: Hon. Scott C. Clarkson |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, ALL CREDITORS AND ALL PARTIES ENTITLED TO NOTICE:**

Alfred M. Masse, solely in his capacity as the Liquidating Trustee (the "Trustee") for the 3000 E. Imperial, *et al.* Liquidating Trust (the "Trust") submits this initial post-confirmation status report (the "Report") as required by Local Bankruptcy Rule 3020-1(b) in advance of the Court's initial post-confirmation status conference scheduled for November 4, 2026, at 11:00 a.m.

As a preliminary matter, counsel for the Trust and Trustee sincerely apologizes to the Court for the tardiness of this report and takes responsibility for such tardiness. Due to inadvertence, the hearing and deadline to file the Report were mis-calendared. Counsel for the Trust and Trustee will endeavor to ensure all future post-confirmation reports are timely filed every 120 days, based on the original due date for the filing of this Report, or October 21, 2026.

## I. PROGRESS MADE TOWARD SUBSTANTIAL CONSUMMATION

The effective date of the *Second Amended Joint Plan of Liquidation Dated January 9, 2026* [Dkt. No. 205] (the "Plan")[1] occurred on July 10, 2026 (the "Effective Date"). Since the occurrence of the Effective Date, the Debtor has made limited payments in accordance with the Plan and has been focused – almost singularly – on marketing the real property assets of Debtor 3000 E. Imperial, LLC, which assets vested in the Trust on the Effective Date of the Plan. As of the filing of this Report, the Trustee continues to engage and negotiate with a potential purchaser of the larger lot located at the address commonly known as 3000 E. Imperial Highway, Lynwood, California (the "3000 Lot") and is prepared to enter into contract with a third party for the purchase and sale of the smaller lot located at the address commonly known as 2949 E. Imperial Highway, Lynwood, California (the "Small Lot," and together with the 3000 Lot, the "Properties").

In the interest of judicial economy and efficiency, the Trustee intends to file a motion seeking Court approval of certain marketing and sale procedures to govern the proposed sale of the Properties once the Debtor is ready to enter into a contract for the purchase and sale of both Properties, subject to overbid and Court approval. The Trustee anticipates that such a motion will be filed within the next 30 days.

---

[1] Capitalized terms not otherwise defined in this Report shall have the same meanings given to them in the Plan.

## II. SCHEDULE OF PAYMENTS AND CLAIMS

Under the Plan, the payments to be made under the Plan include distributions to the beneficiaries of the Trust of all net cash income plus all net cash proceeds from the liquidation of Trust Property (as defined in the Plan), provided, however, that the Trustee shall maintain at all times adequate cash or marketable securities as reserves, including the Disputed Claim Reserve (as defined in the Plan) as may be reasonably necessary to maintain the value of the Trust Property, satisfy projected expenses and meet claims and contingent liabilities of the Trust.

Attached hereto as Exhibit 1 is a schedule listing for each debt and class of claims, the total amount required to be paid under the plan, the amount required to be paid as of the date of this Report, the amount actually paid as of the date of this Report, and the deficiency, if any, in required payments:

**Unclassified Claims – Administrative Claims (3000 Imperial Debtor)**

| **Creditor** | **Amount to Be Paid** | **Amount to Be Paid as of Oct. 21, 2026** | **Amount Actually Paid** | **Deficiency** |
|---|---|---|---|---|
| Clerk's Office Fees | $0 | $0 | $0 | $0 |
| Office of United States Trustee | $0 | $0 | $0 | $0 |
| Alfred Masse, c/o Broadway Advisors, LLC ("Broadway") | $88,602.50 | $88,602.50 | $0 | ($88,602.50) |
| Golden Goodrich, LLP ("Golden Goodrich") | $45,668.00 | $45,668.00 | $0 | ($45,668.00) |
| Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins") | $53,293.00 | $53,293.00 | $0 | ($53,293.00) |
| Alexander Valuation Group ("AVG") | $3,000 | $3,000 | $3,000 | $0 |
| Hahn Fife | $0 | $0 | $0 | $0 |
| Frey Environmental ("Frey") | $86,296.41 | $86,296.41 | $86,276.26 (per updated invoice) | $0 |
| Hilco Real Estate | TBD | $0 | $0 | $0 |
| | | | | |

**Unclassified Claims – Administrative Claims (PMR I and PMR II Debtors)**

| Creditor | Amount to Be Paid | Amount to Be Paid as Oct. 21, 2026 | Amount Actually Paid | Deficiency |
|---|---|---|---|---|
| Clerk's Office Fees | $0 | $0 | $0 | $0 |
| Office of United States Trustee | $1,000 | | | |
| Alfred Masse, c/o Broadway Advisors, LLC | $0 | $0 | $0 | $0 |
| Golden Goodrich, LLP | $0 | $0 | $0 | $0 |

**Unclassified Claims – Priority Tax Claims (3000 Imperial Debtor)**

| Creditor | Amount to Be Paid | Amount to Be Paid as Oct. 21, 2026 | Amount Actually Paid | Deficiency |
|---|---|---|---|---|
| FTB | $0 | $0 | $0 | $0 |
| IRS | $400 | $0 | $0 | $0 |

**Unclassified Claims – Priority Tax Claims (PMR I and PMR II Debtors)**

| Creditor | Amount to Be Paid | Amount to Be Paid as Oct. 21, 2026 | Amount Actually Paid | Deficiency |
|---|---|---|---|---|
| IRS (PMR I) | $200 | $0 | $0 | $0 |
| IRS (PMR II) | $70,637 | $0 | $0 | $0 |

**Classified Claims –3000 Imperial Debtor**

| Creditor | Amount to Be Paid | Amount to Be Paid as Oct. 21, 2026 | Amount Actually Paid | Deficiency |
|---|---|---|---|---|
| Class 1: Secured Claim of Abra Lending, Inc. | TBD | $0 | $0 | $0 |
| Class 2: None | $0 | $0 | $0 | $0 |
| Class 3: Convenience Class | TBD | $0 | $0 | $0 |
| Class 4: General Unsecured Claims | TBD | $0 | $0 | $0 |
| Class 5A: Subordinated Claims of Litigation Claimants | TBD | $0 | $0 | $0 |
| Class 5B: Subordinated Claims of PMR I and PMR II | TBD | $0 | $0 | $0 |
| Class 5C: Equity Interest Holders | TBD | $0 | $0 | $0 |



4901-8994-3005.3
4901-8994-3005, v. 3

| **Classified Claims –PMR I and PMR II Debtors** | | | | |
|---|---|---|---|---|
| **Creditor** | **Amount to Be Paid** | **Amount to Be Paid as Oct. 21, 2026** | **Amount Actually Paid** | **Deficiency** |
| Class 1: Secured Claims | $0 | $0 | $0 | $0 |
| Class 2: Priority Unsecured Claims | TBD | $0 | $0 | $0 |
| Class 3: Convenience Class | TBD | $0 | $0 | $0 |
| Class 4: General Unsecured Claims | TBD | $0 | $0 | $0 |
| Class 5A: Subordinated Claims of Litigation Claimants | TBD | $0 | $0 | $0 |
| Class 5C: Equity Interest Holders | TBD | $0 | $0 | $0 |

After discussions with Golden Goodrich, Allen Matkins, and Broadway, the Trustee has determined that it is in the best interest of creditors to defer payment of the administrative expense claims of certain employed professionals until the Trustee has a clearer understanding of the fair market value of the Properties. Accordingly, the Trustee has made payments to AVG and Frey consistent with final orders of this Court awarding and allowing compensation, and as applicable, reimbursement of expenses in favor of each. But the Trustee has not made payments to Golden Goodrich, Allen Matkins, or Broadway, and does not intend to do so until such time that he has liquidated the Trust Property for the benefit of the Trust's beneficiaries.

The claims of all other creditors, whether classified or not, depends on the Trustee's ability to maximize the value of the Trust Property at liquidation. Except as described with respect to certain administrative claims of employed professionals, as of the date of this report, the Trustee is not aware of any deficiencies between amounts that he was obligated to pay on the Effective Date and amounts actually paid (i.e., none).

## III. SCHEDULE OF POSTCONFIRMATION TAX LIABILITIES

As of the date of this Report, the Trustee is not aware of post-confirmation tax liabilities incurred by the Trust. If the Trust does accrue such post-confirmation tax liabilities, the Trustee will make such payments directly to the appropriate taxing

authorities. Accordingly, the Trustee does not believe there is any deficiency in post-confirmation payments to taxing authorities.

## IV. PROJECTIONS AS TO DEBTOR'S ABILITY TO COMPLY WITH THE TERMS OF THE PLAN

The financial position of the Trust depends on the Trustee's ability to monetize the Trust Properties for the beneficiaries of the Trust. If the Trustee is unable to negotiate a timely sale of the 3000 Lot, he will have no choice but to cooperate with Abra in furtherance of its rights and remedies under applicable non-bankruptcy law as set forth in that stipulation with Abra filed with the court on September 11, 2026. *See* ECF Nos. 304 and 306. At this time, the Trustee believes it is premature to project any events that will prevent the Trustee from maximizing the value of the Trust Properties for the beneficiaries of the Trust as set forth under the Plan.

## V. ESTIMATE FOR PLAN CONSUMMATION AND APPLICATION FOR FINAL DECREE

The Trustee estimates that by the end of the third quarter of 2027 (i.e., September30, 2027), he will have fully consummated the Plan by liquidating all of the Trust Properties on behalf of the beneficiaries of the Trust. The Trustee therefore intends to seek entry of a final decree at the beginning of September 2027. While the Trustee does not intend to seek an interim closure of the lead case in these jointly administered cases, as the assets of all of the Debtors vested in the Trust on the Effective Date, the Trustee reserves all rights to seek interim closure of the of the PMR I and PMR II Debtors' chapter 11 cases.

## VI. ADDITIONAL PERTINENT INFORMATION TO EXPLAIN PROGRESS TOWARD COMPLETION OF THE CONFIRMED PLAN

Currently, the Trustee has no pertinent information to provide the Court regarding progress toward full consummation of the Plan.

## VII. FURTHER POST-CONFIRMATION STATUS CONFERENCE

The Trustee requests that another status conference be scheduled in approximately 90 to 120 days, and reserves all rights to request that the Court advance such status conference to trail a hearing on the Trustee's anticipated motion to sell the Properties, free and clear of all liens, claims, and encumbrances.

Respectfully submitted,

Dated: November 2, 2026

GOLDEN GOODRICH LLP

By: */s/ Jeannie Kim*
JEFFREY I. GOLDEN
JEANNIE KIM
Attorneys for Alfred M. Masse, Liquidating Trustee, 3000 E. Imperial, *et al.* Liquidating Trust

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **LIQUIDATING TRUSTEE'S FIRST POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 2, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 2, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ______________________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 2, 2026 | Leila Usmani | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
Matthew Bouslog mbouslog@allenmatkins.com, ncampos@allenmatkins.com
Andrew Christensen andrew@californiahomelawyer.com
Jeffrey I Golden jgolden@go2.law,
kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;dfitzgerald@go2.law;golden.jeffreyi.b117954@notify.bestcase.com;Risrael@go2.law
Jeannie Kim jkim@go2.law,
dfitzgerald@go2.law;kadele@go2.law;lusmani@go2.law;cmeeker@go2.law;cbmeeker@gmail.com;jkim@ecf.courtdrive.com
Kenneth Misken Kenneth.M.Misken@usdoj.gov
Daniel H Reiss dhr@lnbyg.com, dhr@ecf.inforuptcy.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
Bennett G Young byoung@jeffer.com, jb8@jmbm.com

**SERVED BY UNITED STATES MAIL:**
3000 E. Imperial, LLC
PO Box 489
Buena Park, CA 90621
**Debtor**

Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
411 W. 4th St., Ste 5130/Ctrm 5C
Santa Ana, CA 92701-4593

Kenneth Misken
Office of the United States Trustee
411 W. Fourth St, #7160
Santa Ana, CA 92701

**Special Notice:**
~~Bennett G. Young, Esq.on behalf of:~~
~~Guannan Shi, Chen Hu, Guo Kun, Jianchi Chen, Peng Jing, Xiaoping Cao and Yubing Yuan~~
~~Jeffer Mangels Butler & Mitchell LLP~~
~~Two Embarcadero Center, 5th Floor~~
~~San Francisco, CA 94111-3824~~
**MAIL RETURNED UNDELIVERABLE 10/23/25**

Bennett G. Young on behalf of:
Guannan Shi, Chen Hu, Guo Kun, Jianchi Chen, Peng Jing, Xiaoping Cao and Yubing Yuan
Jeffer Mangels & Mitchell LLP
333 Bush Street, 11th Floor
San Francisco, CA 94104

~~Andrew J. Christensen on behalf of~~
~~Guannan Shi, Chen Hu, Guo Kun, Jianchi Chen, Peng Jing, Xiaoping Cao and Yubing Yuan~~
~~Law Offices of Andrew J. Christensen, P.C.~~
~~2063 Mountain Blvd Suite 2~~
~~Oakland, CA 94611~~
**MAIL RETURNED UNDELIVERABLE 10/23/2025**

**20 Largest Unsecured Claims, Taxing Authorities and Required Government Agencies:**
Abra Lending, Inc.
Attn: Manager
10100 Culver Blvd., Suite D
Culver City, CA 90232

California Dept. of Tax and Fee Administration
Account Information Group MIC: 29
Sacramento, CA 94278-0029

Department of Toxic Substances Control
Attn: Manager
PO Box 1001 I. Street
Sacramento, CA 95814-2828

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section, MS: A-30
PO Box 2952
Sacramento, CA 95812-2952

Greg Groeneveld, Esq.
Law Offices of Greg Groeneveld
5 Third Street, Suite 1100
San Francisco, CA 94103

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Los Angeles County Tax Collector
225 N. Hill St., #1
Los Angeles, CA 90012

Marquee Funding Group, Inc.
Attn: Manager
24025 Park Sorrento, Suite #150
Calabasas, CA 91302

National Construction Rentals
Attn: Manager
PO Box 84161
Los Angeles, CA 90084-1461

Preferred Bank
Attn: Manager
17515 Colima Road
Rowland Heights, CA 91748

Cao, Xiaping
c/o Xiuyuan Hu
HU LLP
322 N. Huntington Ave. C
Monterey Park, CA 91754

Chen, Jianchi
c/o Xiuyuan Hu
HU LLP
322 N. Huntington Ave. C
Monterey Park, CA 91754

~~Chen, Jiamchi~~
~~212 Warren St., Apt 11R~~
~~New York, NY 10012~~
**MAIL RETURNED 8/22/25**

Hu, Chen
c/o Xiuyuan Hu
HU LLP
322 N. Huntington Ave. C
Monterey Park, CA 91754

Jing, Peng
c/o Xiuyuan Hu
HU LLP
322 N. Huntington Ave. C
Monterey Park, CA 91754

Kun, Guo
c/o Xiuyuan Hu
HU LLP
322 N. Huntington Ave. C
Monterey Park, CA 91754

Shi, Guannan
c/o Xiuyuan Hu
HU LLP
322 N. Huntington Ave. C
Monterey Park, CA 91754

State Board of Equalization
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029

US Securities and Exchange Commission
Attn: Bankruptcy Counsel
44 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

Yuan, Yubing
c/o Xiuyuan Hu
HU LLP
322 N. Huntington Ave. C
Monterey Park, CA 91754